Kane Moon (SBN 249834)
     E-mail: kmoon@moonlawgroup.com
Allen Feghali (SBN 301080)
     E-mail: afeghali@moonlawgroup.com
S. Emily Grams (SBN 354554)
     E-mail: segrams@moonlawgroup.com
**MOON LAW GROUP, PC**
725 S. Figueroa St., 31st Floor
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff Jaime Garcia

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME GARCIA, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff<br><br>   vs.<br><br>PENSKE TRUCK LEASING CO., L.P.; and DOES 1 through 10, inclusive,<br><br>            Defendants | Case No.:  2:24-CV-01881-WBS-JDP<br><br>Assigned to: Hon. William B. Shubb<br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>**ORDER GRANTING PLAINTIFF'S MOTION REQUESTING AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 6(B)(1).**<br><br>*[Filed concurrently with Plaintiff's Notice of Motion, Plaintiff's 6(b)(1) Motion, [Proposed] Order, and Declaration of Kane Moon in Support of Plaintiff's 6(b)(1) Motion]*<br><br>Date: September 16, 2024<br>Time: 1:30 p.m.<br>Courtroom: 5<br><br>Action Filed:  June 4, 2024 (state)<br>Action Removed: July 9, 2024 |

**ORDER**

The Motion to Extend Plaintiff's Time to File, brought by plaintiff Jaime Garcia individually, and behalf of all others similarly situated, ("Plaintiff") came on for hearing on September 16, 2024 at 1:30 p.m.

The Court, having heard and considered the papers filed in connection with Plaintiff's Motion and the arguments of counsel, and for good cause shown, GRANTS Plaintiff's Motion in its entirety. It is hereby ORDERED that:

1.   Plaintiff's deadline to oppose Defendant's Motion to Dismiss is extended from its original deadline of July 29, 2024 to August 2, 2024. Plaintiff's Opposition filed on August 2, 2024 is therefore timely filed.

Based on the foregoing, the Motion is GRANTED.

**IT IS SO ORDERED.**

DATED: August 9, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE