Kane Moon (SBN 249834)
    E-mail: kmoon@moonlawgroup.com
Allen Feghali (SBN 301080)
    E-mail: afeghali@moonlawgroup.com
S. Emily Grams (SBN 354554)
    E-mail: segrams@moonlawgroup.com
**MOON LAW GROUP, PC**
725 S. Figueroa St., 31st Floor
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff Jaime Garcia

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME GARCIA, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff<br><br>    vs.<br><br>PENSKE TRUCK LEASING CO., L.P.; and DOES 1 through 10, inclusive,<br><br>            Defendants | Case No.:  2:24-CV-01881-WBS-JDP<br><br>Assigned to: Hon. William B. Shubb<br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>**STIPULATION AND ORDER TO CONTINUE THE NOVEMBER 4, 2024 STATUS CONFERENCE**<br><br>Date: November 4, 2024<br>Time: 1:30 p.m.<br>Courtroom: 5<br><br>Action Filed:  June 4, 2024 (state)<br>Action Removed: July 9, 2024 |

Page 1

[**STIPULATION AND ORDER TO CONTINUE THE NOVEMBER 4, 2024 STATUS CONFERENCE**

**TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Plaintiff Jaime Garcia ("Plaintiff") and Defendant Penske Truck Leasing Co., L.P. ("Defendant") hereby stipulate and agree, by and through their undersigned attorneys, as follows:

WHEREAS, on July 9, 2024, the Court set a Scheduling Conference for November 4, 2024 at 1:30 p.m.;

WHEREAS, the Plaintiff's counsel will be out of the country between October 30 to November 8;

THEREFORE, the Parties respectfully request that the Court issue an order continuing the Scheduling Conference, and related deadlines.

IT IS HEREBY STIPULATED AND AGREED, by and between attorneys for the Parties, subject to the approval of the Court, that:

1. The Scheduling Conference currently scheduled for November 4, 2024, and related deadlines, shall be continued for at least 30 days.

Respectfully submitted,

Dated: October 16, 2024    **MOON LAW GROUP, PC**

By: */s/ S. Emily Grams*
    Kane Moon
    Allen Feghali
    S. Emily Grams

    Attorneys for Plaintiff

Respectfully submitted,

Dated: October 16, 2024    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Matthew J. Gagnon*
    Noel M. Hernandez
    Sona P. Patel
    Matthew J. Gagnon (*pro hac vice pending*)

    Attorneys for Defendant
    Page 1

[**STIPULATION AND ORDER TO CONTINUE THE NOVEMBER 4, 2024 STATUS CONFERENCE**

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause therein, hereby orders:

1. The Scheduling Conference currently scheduled for November 4, 2024, is continued to **January 27, 2025 at 1:30 p.m.** in Courtroom 5.

2. The Parties shall confer at least twenty-one (21) calendar days before the Scheduling Conference.

3. The Parties shall submit to the Court a JOINT Status report no later than **January 13, 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed July 9, 2024 (Docket No. 2).

**IT IS SO ORDERED.**

Dated: October 28, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE