Kane Moon (SBN 249834)
        E-mail: kmoon@moonlawgroup.com
Allen Feghali (SBN 301080)
        E-mail: afeghali@moonlawgroup.com
Lilit Ter-Astvatsatryan (SBN 320389)
        E-mail: lilit@moonlawgroup.com
S. Emily Grams (SBN 354554)
        E-mail: segrams@moonlawgroup.com
**MOON LAW GROUP, PC**
725 S. Figueroa St., 31st Floor
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff Jaime Garcia

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME GARCIA, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff<br><br>    vs.<br><br>PENSKE TRUCK LEASING CO., L.P.; and DOES 1 through 10, inclusive,<br><br>        Defendants | Case No.:  2:24-CV-01881-WBS-JDP<br><br>Assigned to: Hon. William B. Shubb<br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>**STIPULATION AND ORDER TO CONTINUE THE January 27, 2025 STATUS CONFERENCE**<br><br>Date: January 27, 2025<br>Time: 1:30 p.m.<br>Courtroom: 5<br><br>Action Filed:  June 4, 2024 (state)<br>Action Removed: July 9, 2024 |

[**STIPULATION AND ORDER TO CONTINUE THE JANUARY 27, 2025 STATUS CONFERENCE**

**TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Plaintiff Jaime Garcia ("Plaintiff") and Defendant Penske Truck Leasing Co., L.P. ("Defendant") hereby stipulate and agree, by and through their undersigned attorneys, as follows:

WHEREAS, on October 28, 2024, the Court set a Scheduling Conference for January 27, 2025 at 1:30 p.m.;

WHEREAS, the Parties have been discussing the possibility of resolving this matter without further litigation;

THEREFORE, the Parties respectfully request that the Court issue an order continuing the Scheduling Conference, and related deadlines to allow the Parties more time to discuss the possibility of resolution.

IT IS HEREBY STIPULATED AND AGREED, by and between attorneys for the Parties, subject to the approval of the Court, that:

1.   The Scheduling Conference currently scheduled for January 27, 2025, and related deadlines, shall be continued for at least 30 days.

/ / /

/ / /

/ / /

[**STIPULATION AND ORDER TO CONTINUE THE JANUARY 27, 2025 STATUS CONFERENCE**

Respectfully submitted,

Dated: January 7, 2025                    **MOON LAW GROUP, PC**

                              By: _/s/ S. Emily Grams_
                                  Kane Moon
                                  Allen Feghali
                                  Lilit Ter-Astvatsatryan
                                  S. Emily Grams

                                  Attorneys for Plaintiff


                              Respectfully submitted,

Dated: January 7, 2025                    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

                              By: _/s/ Matthew J. Gagnon_
                                  Evan R. Moses
                                  Noel M. Hernandez
                                  Sona P. Patel
                                  Matthew J. Gagnon (*pro hac vice*)

                                  Attorneys for Defendant

**[STIPULATION AND ORDER TO CONTINUE THE JANUARY 27, 2025 STATUS CONFERENCE**

1

**ORDER**

2          The Court, having reviewed the Stipulation of the Parties and

3   finding good cause therein, hereby orders:

4          1.    The Scheduling Conference currently scheduled for January

5   27, 2025, is continued to **March 10, 2025 at 1:30 p.m.** in Courtroom 5.

6          2.    The Parties shall confer at least twenty-one (21) calendar

7   days before the Scheduling Conference.

8          3.    The Parties shall submit to the Court a JOINT Status report

9   no later than **February 24, 2025** in accordance with the Court's Order

10  Re: Status (Pretrial Scheduling) Conference filed July 9, 2024

11  (Docket No. 2).

12

13  **IT IS SO ORDERED.**

14

15  Dated:   January 8, 2025

16                                      WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

[**STIPULATION AND ORDER TO CONTINUE THE JANUARY 27, 2025 STATUS CONFERENCE**