Kane Moon (SBN 249834)
     E-mail: kmoon@moonlawgroup.com
Allen Feghali (SBN 301080)
     E-mail: afeghali@moonlawgroup.com
Lilit Ter-Astvatsatryan (SBN 320389)
     E-mail: lilit@moonlawgroup.com
S. Emily Grams (SBN 354554)
     E-mail: segrams@moonlawgroup.com
**MOON LAW GROUP, PC**
725 S. Figueroa St., 31st Floor
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff Jaime Garcia

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME GARCIA, individually, and on behalf of all others similarly situated,<br><br>          Plaintiff<br><br>     vs.<br><br>PENSKE TRUCK LEASING CO., L.P.; and DOES 1 through 10, inclusive,<br><br>          Defendants | Case No.:  2:24-CV-01881-WBS-JDP<br><br>Assigned to: Hon. William B. Shubb<br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>**ORDER VACATING ALL DEADLINES**<br><br>[*Filed concurrently with Plaintiff's Notice of Settlement and Request to Vacate All Deadlines*]<br><br>Action Filed:  June 4, 2024<br>                    (state)<br>Action Removed: July 9, 2024 |

Page 1
ORDER VACATING ALL DEADLINES

**ORDER**

This Court has reviewed the Plaintiff's Notice of Settlement and Request to Vacate All Deadlines.
**GOOD CAUSE APPEARING,** it is hereby Ordered that:

1. The stipulation and proposed order to remand this action shall be filed no later than **March 24, 2025,** or a joint status report if said stipulation has not been filed by that date.
2. The Scheduling Conference date of 3/10/2025 is VACATED and reset for **April 7, 2025 at 01:30 PM** in Courtroom 5, and shall be automatically vacated upon the Court's approval of the stipulation and order to remand.

Based on the foregoing, the Request is GRANTED.
**IT IS SO ORDERED.**

Dated:   February 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE