Kane Moon (SBN 249834)
    E-mail: kmoon@moonlawgroup.com
Allen Feghali (SBN 301080)
    E-mail: afeghali@moonlawgroup.com
Lilit Ter-Astvatsatryan (SBN 320389)
    E-mail: lilit@moonlawgroup.com
S. Emily Grams (SBN 354554)
    E-mail: segrams@moonlawgroup.com
**MOON LAW GROUP, PC**
725 S. Figueroa St., 31st Floor
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff Jaime Garcia

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME GARCIA, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff<br><br>  vs.<br><br>PENSKE TRUCK LEASING CO., L.P.; and DOES 1 through 10, inclusive,<br><br>        Defendants | Case No.:  2:24-CV-01881-WBS-JDP<br><br>Assigned to: Hon. William B. Shubb<br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br>**ORDER GRANTING PARTIES' STIPULATION TO REMAND**<br><br>[*Filed concurrently with Parties' stipulation to Remand Matter to State Court*]<br><br>Action Filed:  June 4, 2024<br>               (state)<br>Action Removed: July 9, 2024 |

**ORDER**

This Court has reviewed the Parties' Stipulation to Remand Matter to State Court.

**GOOD CAUSE APPEARING,** it is hereby Ordered that:

1. This Action be remanded back to the Superior Court of California, County of Yolo for settlement approval and administration.

Based on the foregoing, the Stipulation is GRANTED.

**IT IS SO ORDERED.**

Dated: February 12, 2025   _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE